TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
ANDRE PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>ANDRE PARKER<br><br>　　　Defendant. | Case No. 2:20-CR-0033-TLN<br><br>**STIPULATION AND ORDER RESCHEDULING HEARINGS**<br><br>Judge:　Hon. Troy L. Nunley<br>Date:　July 30 and 31, 2025<br>Time:　9:30 a.m. |

　　　Plaintiff, United States of America, and defendant, Andre Parker, after consulting with the probation officer, hereby stipulate to the following schedule for resolution of the Superseding Petition for Warrant or Summons filed July 25, 2025.  This schedule is needed because defense counsel is unavailable in August because of previously scheduled surgery.  The purpose of the amendment is to ameliorate delay resulting from counsel's unavailability.

　　　First, the parties agree that the July 30 date for arraignment on the superseding petition may be continued to September 3, 2025, at 2:00 p.m. before the duty magistrate judge.

　　　Second, the parties agree that the admit/deny hearing scheduled for July 31, 2025, may be continued to September 4, 2025, at 9:30 a.m.

Third, Mr. Parker and the probation office have reached an agreement under which Mr. Parker will admit to four violations related to drug use as charged in the superseding petition, specifically, charges 1, 2, 5, and 6, with charges 3 and 4 to be dismissed.  In light of Mr. Parker's agreement to admit these charges, probation has agreed to prepare and file a dispositional memorandum no later than August 21, so that the dispositional hearing may be held immediately following Mr. Parker's admissions.  Accordingly, the parties agree that the matter may also be scheduled for disposition on September 4, 2025, at 9:30 a.m.

Respectfully Submitted,

Dated:  July 25, 2025              /s/ Tim Zindel
                                   TIMOTHY ZINDEL
                                   Attorney for ANDRE PARKER


                                   KIM SANCHEZ
                                   Acting United States Attorney

Dated:  July 25, 2025              /s/ T. Zindel for H. Coppola
                                   HEIKO COPPOLA
                                   Assistant U.S. Attorney


**O R D E R**

In light of the agreement of the parties, arraignment on the superseding petition is hereby continued from July 30 to September 3, 2025, at 2:00 p.m. before the duty magistrate judge.  The July 31 admit/deny hearing is hereby combined with the dispositional hearing and rescheduled for September 4, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 25, 2025
                                   _____
                                   Troy L. Nunley
                                   Chief United States District Judge

-2-