**FILED**
September 4, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>ANDRE PARKER,<br><br>  Defendant. | Case No. 2:20-CR-00033-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ANDRE PARKER,</u> Case No. 2:20-CR-00033-01-TLN, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): **TIME SERVED.**

Issued at Sacramento, California on September 4, 2025.

_____
Troy L. Nunley
Chief United States District Judge